IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARVIN STOXSTELL<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | C.A. 6:12CV357 |
| UNION PACIFIC RAILWAY COMPANY<br>Defendant. | §<br>§<br>§ | |

## **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

Now respectfully comes Plaintiff, MARVIN STOXSTELL and files his Unopposed Motion to Dismiss Without Prejudice pursuant to the provisions of Rule 41 FRCP and would show the following:

1. Plaintiff filed this suit on June 1, 2012 under the Federal Employers' Liability Act (FELA), 45 U.S.C. §51 *et seq.* to recover damages for personal injuries sustained by Plaintiff while employed by Defendant and while engaged in interstate commerce.

2. Defendant, Union Pacific Railroad Company filed an answer July 30, 2012. Defendant has not filed any counter-claims in this matter.

3. Defendant is unopposed to Plaintiff's Motion to Dismiss without Prejudice and therefore would not be prejudiced by this dismissal.

4. Plaintiff seeks a dismissal so that Plaintiff can re-file this matter in State Court.

Plaintiff prays this court to grant Plaintiff's Unopposed Motion to Dismiss Without Prejudice to the re-filing of same.

Respectfully submitted,

**YOUNGDAHL & CITTI, P.C.**

*/s/ Ross Citti*
Ross Citti
State Bar No. 04256600
rcitti@youngdahl.com
Sara L. Youngdahl
syoungdahl@youngdahl.com
12621 Featherwood Drive, Suite 240
Houston, Texas 77034-4906
281-996-0750
281-996-0725/Fax

**ATTORNEYS FOR PLAINTIFF
MARVIN STOXSTELL**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been properly forwarded to counsel of record listed below pursuant to the Federal Rules of Civil Procedure on August 30, 2012.

*/s/ Ross Citti*
Ross Citti

cc:   Mainess Gibson                              By Electronic Filing
      Earnest Wotring
      Connelly Baker Wotring
      700 JP Morgan Chase Tower
      660 Travis Street
      Houston, Texas  77002